676 A.2d 1089
GEI INTERNATIONAL CORP. v. ST. PAUL
FIRE AND MARINE INSURANCE CO.

April 4, 1996.

## ORDER

Leave to appeal is granted.

676 A.2d 1089
STATE OF NEW JERSEY v. WALTER PRESS.

April 9, 1996.

## ORDER

The parties having stipulated to a dismissal of this matter and good cause appearing, it is ORDERED that the appeal is dismissed.

676 A.2d 1089
STATE OF NEW JERSEY v. TROY TOULSON.

April 24, 1996.

## ORDER

The Court having carefully reviewed the filings of all parties on the merits of the appeal, and good cause appearing;

It is ORDERED that the appeal is dismissed for failure to state a substantial constitutional issue within the meaning of the requirements of *Rule* 2:2–1(a)(1) and applicable caselaw.